Phillip E. JOHNSON, Plaintiff—Appellant,

v.

DILLWYN CORRECTIONAL CENTER; Nottoway Correctional Center; Lisa Edwards, Warden; Mr. Perutelli, Assistant Warden; Chaplain T. Armstrong; C.H. Booker, Major; Treatment Supervisor Radcliff–Walker; Captain Farmer; Captain Baker; Sergeant Woodson; Sergeant Johnson; Sergeant Lee; Warden Vaughan; P. Gurney, Assistant Warden; Captain Frame; Lieutenant Ferguson; Larry Bonds, Rec–Dept.; Counselor Fitzgerald; Officer Banks; Operations Officer Ms. Currin; Lieutenant Walton; Sergeant Ortez, Defendants—Appellees.

No. 07–6582.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 24, 2007.

Decided: Sept. 6, 2007.

Phillip E. Johnson, Appellant Pro Se.

Before MOTZ, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip E. Johnson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Johnson v. Dillwyn Corr. Ctr.*, No. 7:07–cv–00107–jct, 2007 WL 781933 (W.D. Va. Mar. 13, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*